# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| <u>SEAN NETTLES, a/k/a Sean Andre Nettles</u> | |

CASE NUMBER: **1:09-00014-002**
USM NUMBER:   10622-003

**THE DEFENDANT:**                    Christopher Knight
                                                            **Defendant's Attorney**

☐   admitted guilt to violation of supervision condition(s): _____

☒   was found in violation of supervision condition(s):  **Special Condition x2**

| | | Date violation |
|---|---|---|
| **Violation Number** | **Nature of Violation** | **Occurred** |
| Special Condition | Technical | |
| Special Condition | Technical | |

     **The defendant is sentenced as provided in pages 2 through  5  of this** judgment. **The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 30, 2013

**Defendant's Mailing Address:**
1216 Hercules Street_
Mobile, Alabama  36603_

s/Kristi K. DuBose
UNITED STATES DISTRICT JUDGE

August 5, 2013
Date

Defendant: **SEAN NETTLES, a/k/a Sean Andre Nettles**
Case Number: **1:09-00014-002**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  **FORTY-TWO (42) DAYS.**  The offender is to be given credit for the time served in jail, plus time spent at the Residential Re-Entry Center.

☐      The court makes the following recommendations to the Bureau of Prisons:

X      **The defendant is remanded to the custody of the United States Marshal.**

☐      The defendant shall surrender to the United States Marshal for this district:

     ☐      at __ .m. on ___.
     ☐      as notified by the United States Marshal.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐      before 2 p.m. on ____.
     ☐      as notified by the United States Marshal.
     ☐      as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

                          ___   UNITED STATES MARSHAL   ___

                          By _____
                                Deputy U.S. Marshal

Defendant: **SEAN NETTLES, a/k/a Sean Andre Nettles**
Case Number: **1:09-00014-002**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of  **TWELVE (12) MONTHS.**

**Special Conditions**:  The Court re-imposes all of the original and special conditions that were initially imposed on July 24, 2009:  the offender shall participate in a program of testing and treatment for drug and/or alcohol abuse, as directed by the Probation Office; the offender shall make restitution to the following victims in the following amounts:  Barclays Bank in the amount of $1,041.28; Government Payment Service in the amount of $4,036.50; Chase Bank in the amount of $1,392; Compass Bank in the amount of $2,402; and Sears.com, c/o Sears and Roebuck, Inc., Sears Holdings Corporation in the amount of $124.53; for a total restitution amount of $8,996.31 (less any payments previously paid); to be paid jointly and severally with co-defendants Kentrell Collins, CR 09-00014-001; Christopher Johnson, CR 09-00014-003; and Curtis Williams, CR 09-00014-004.  Restitution is due immediately and payable in full and is to be paid through the Clerk, U.S. District Court.  Payment to the victims shall be on a pro rata basis.  If full restitution is not immediately paid, any amount owing during a period of incarceration shall be subject to payment through the Bureau of Prison's Inmate Financial Responsibility Program.  The Probation Office shall pursue collection of any balance remaining at the time of release, in installments to commence no later than 30 days after the date of release.  If restitution is paid in installments, the Court orders that the defendant make at least minimum monthly payments in the amount of $100; and further orders that interest shall not accrue on this indebtedness.

> *For offenses committed on or after September 13, 1994:*    The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☒    **The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.  The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court.**
**The defendant shall also comply with the additional conditions on** attached page (if applicable)**.**

> ## See Page 4 for the
> ## "STANDARD CONDITIONS OF SUPERVISION"

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 3 - Supervised Release

Defendant: **SEAN NETTLES, a/k/a Sean Andre Nettles**
Case Number: **1:09-00014-002**

# SUPERVISED RELEASE

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the prob. officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) the defendant shall cooperate, as directed by the probation officer, in the collection of DNA, if applicable, under the provisions of 18 U.S.C. §§ 3563(a)(9) and 3583(d) for those defendants convicted of qualifying offenses.

Defendant:  **SEAN NETTLES, a/k/a Sean Andre Nettles**
Case Number: **1:09-00014-002**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | | **Fine** |
|---|---|---|---|
|  |  |  | **Restitution** |
| **Totals:** | $     -0- | $     -0- | $ **SEE BELOW |

☐      The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case (AO 245C) will be entered after such a determination.

☐      The defendant shall make restitution (including community restitution) to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.  (or see attached)
However, pursuant to 18 U.S.C. § 3644(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name(s) and Address(es) of Payee(s)** | **\*Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or % of Payment** |
|---|---|---|---|

**\*\*SEE SHEET 3 – SUPERVISED RELEASE  (SPECIAL CONDITIONS)**

| **TOTALS:** | $ | $ |  |
|---|---|---|---|

☐      If applicable, restitution amount ordered pursuant to plea agreement.   $ _____

☐      The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C.  § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default, pursuant to 18 U.S.C. § 3612(g).

☒      The court determined that the defendant does not have the ability to pay interest and it is ordered that:
☒          The interest requirement is waived for the  ☐  fine and/or  ☒  restitution.
☐          The interest requirement for the ☐ fine and/or  ☐  restitution is modified as follows:

**\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code,  for offenses committed on or after September 13, 1994 but before April 23, 1996.**